

IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF PENNSYLVANIA

Kendall Garland,
            Plaintiff

v.

Joseph J. Peters Institute (JJPI),
Chad Margulies and Agent
Gardner,
            Defendants

                                                    :   New Complaint    **16      0527**
                                                    :
                                                    :
                                                    :
                                                    :   **FILED**
                                                    :
                                                    :   **JAN 3 1 2016**
                                                    :   MICHAEL E. KUNZ, Clerk
                                                    :   By_____Dep Clerk

                Application For Permission To Proceed
                                    IFP

        Petitioner in the above captioned matter, Kendall Garland, hereby requests permission to proceed in forma pauperis and sets forth:

1. Petitioner has been recently incarcerated and released from SCI Waymart on January 23, 2016.

2. Petitioner is unable to pay the costs of this proceeding, including filing fees.

3. Petitioner is unemployed and has very few assets, less than $100 in his bank account.

4. Petitioner cannot afford to pay for any other costs that may be associated with the pursuit of this proceeding.

        Wherefore, for each of the foregoing reasons, the petitioner respectfully requests permission to proceed IFP.

Respectfully submitted,

Kendall Garland
Kendall Garland
Plaintiff
302 N. 13th Street
Philadelphia, PA 19107
January 29, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Kendall Garland,
        Plaintiff

v.

Joseph J. Peters Institute (JJPI),
Chad Margulies and Agent
Gardner,
        Defendants

:   New Complaint

**16      0527**

## Affidavit of Poverty

Petitioner in the above captioned matter, Kendall Garland, hereby certifies that the following information is true and correct to the best of my knowledge, information and belief:

1.  I have recently been incarcerated since May, 2014.

2.  I was recently released from SCI Waymart on January 23, 2016.

3.  I was unemployed prior to the start of my incarceration.

4.  There has been no change in my financial condition since May, 2014.

5.  I have less than $100 in my bank account.

I understand that a false statement within this Affidavit of Poverty may subject me to the penalties provided by law relating to perjury and/or unsworn statements.

Respectfully submitted,

Kendall Cole
Kendall Garland
Plaintiff
302 N. 13th Street
Philadelphia, PA 19107
January 29, 2016