UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

KENDALL GARLAND,                             :
                                             :
                Plaintiff,                   :
                                             :
        v.                                   :      No. 2:16-cv-00527
                                             :
JOSEPH J. PETERS INSTITUTE (JJPI);           :
CHAD MARGULIES;                              :
AGENT DAGE GARDNER,                          :
                                             :
                Defendants.                  :

_____

**O R D E R**

   **AND NOW**, this 31st day of March, 2017, upon consideration of Defendants Joseph J.

Peters Institute and Chad Margulies's Motion to Dismiss, ECF No. 23, and Defendant Agent

Dage Gardner's Motion to Dismiss, ECF No. 24, and for the reasons set forth in the Opinion

issued this date, **IT IS ORDERED THAT**:

   1.  Defendants' Motions to Dismiss, ECF Nos. 23-24, are **GRANTED**;

   2.  Plaintiff Kendall Garland's Complaint is **DISMISSED** without prejudice to refiling in

       the event that his probation revocation is invalidated;

   3.  The Clerk of Court is directed to **CLOSE** this case.

                                        BY THE COURT:


                                        */s/ Joseph F. Leeson, Jr.*_____
                                        JOSEPH F. LEESON, JR.
                                        United States District Judge